# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO, CALIFORNIA

| | |
|---|---|
| ERIC SIMS, | ) 1: 12-cv-01139-AWI-BAM |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING APPLICATION |
| | ) TO PROCEED IN FORMA PAUPERIS |
| CITY OF FRESNO, *et al.*, | ) |
| Defendant. | ) |

On July 11, 2012, plaintiff Eric Sims ("Plaintiff") filed an application to proceed in forma pauperis. (Doc. 2.) Having reviewed the in forma pauperis application, this court GRANTS Plaintiff's application.

IT IS SO ORDERED.

Dated:  **July 11, 2012**          **/s/ Barbara A. McAuliffe**
                              UNITED STATES MAGISTRATE JUDGE

1