# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS SANCHEZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:12-cv-00428-LJO-SKO<br><br>**Related Cases**:<br>No. 1:12-cv-00429-LJO-SKO<br>No. 1:12-cv-00430-LJO-SKO<br>No. 1:12-cv-00431-LJO-SKO<br>No. 1:12-cv-00432-LJO-SKO<br>No. 1:12-cv-00434-LJO-SKO<br>No. 1:12-cv-00436-LJO-SKO<br>No. 1:12-cv-00439-LJO-SKO<br>No. 1:12-cv-00448-LJO-SKO<br>No. 1:12-cv-00528-LJO-SKO<br>No. 1:12-cv-01117-LJO-SKO<br>No. 1:12-cv-01118-LJO-SKO<br>No. 1:12-cv-01119-LJO-SKO<br>No. 1:12-cv-01120-LJO-SKO<br>No. 1:12-cv-01121-LJO-SKO<br>No. 1:12-cv-01122-LJO-SKO<br>No. 1:12-cv-01123-LJO-SKO<br>No. 1:12-cv-01124-LJO-SKO<br>No. 1:12-cv-01125-LJO-SKO<br>No. 1:12-cv-01126-LJO-SKO<br>No. 1:12-cv-01128-LJO-SKO<br>No. 1:12-cv-01130-LJO-SKO<br>No. 1:12-cv-01132-LJO-SKO<br>No. 1:12-cv-01133-LJO-SKO<br>No. 1:12-cv-01134-LJO-SKO<br>No. 1:12-cv-01136-LJO-SKO<br>No. 1:12-cv-01137-LJO-SKO<br>No. 1:12-cv-01138-LJO-SKO<br>No. 1:12-cv-01139-LJO-SKO<br>No. 1:12-cv-01161-LJO-SKO<br>No. 1:12-cv-01162-LJO-SKO<br>No. 1:12-cv-01166-LJO-SKO<br>No. 1:12-cv-01215-LJO-SKO<br><br>**ORDER CONSOLIDATING CASES** |

On August 1, 2012, the parties filed a stipulation indicating, *inter alia*, the parties were in agreement that the cases related to this matter should be consolidated for all pretrial purposes. Based

1  on the parties' stipulation, and because the Court finds that consolidation promotes judicial
2  efficiency, the following cases shall be consolidated pursuant to Federal Rule of Civil Procedure 42:
3    (1)   *Deen et al. v. City of Fresno, et al.*, No. 1:12-cv-00429-LJO-SKO
4    (2)   *Valenzuela v. City of Fresno, et al.*, No. 1:12-cv-00430-LJO-SKO
5    (3)   *Idell v. City of Fresno, et al.*, No. 1:12-cv-00431-LJO-SKO
6    (4)   *Gray, et al. v. City of Fresno, et al.*, No. 1:12-cv-00432-LJO-SKO
7    (5)   *Calmer, et al. v. City of Fresno, et al.*, No. 1:12-cv-00434-LJO-SKO
8    (6)   *Graham v. City of Fresno, et al.*, No. 1:12-cv-00436-LJO-SKO
9    (7)   *Williams v. City of Fresno, et al.*, No. 1:12-cv-00439-LJO-SKO
10   (8)   *Soto v. City of Fresno, et al.*, No. 1:12-cv-00448-LJO-SKO
11   (9)   *Subia, et al. v. City of Fresno, et al.*, No. 1:12-cv-00528-LJO-SKO
12   (10)  *Anderson v. City of Fresno, et al.*, No. 1:12-cv-01117-LJO-SKO
13   (11)  *Montgomery v. City of Fresno, et al.,* No. 1:12-cv-01118-LJO-SKO
14   (12)  *Frazier v. City of Fresno, et al.,* No. 1:12-cv-01119-LJO-SKO
15   (13)  *Valenzuela v. City of Fresno, et al.*, No. 1:12-cv-01120-LJO-SKO
16   (14)  *Randle v. City of Fresno, et al*., No. 12-cv-01121-LJO-SKO
17   (15)  *Dorsey v. City of Fresno, et al.,* No. 1:12-cv-01122-LJO-SKO
18   (16)  *Ward v. City of Fresno, et al*., No. 1:12-cv-01123-LJO-SKO
19   (17)  *Heager v. City of Fresno, et al.,* No. 1:12-cv-01124-LJO-SKO
20   (18)  *Jones v. City of Fresno, et al.*, 1:12-cv-01125-LJO-SKO
21   (19)  *Bufford v. City of Fresno, et al.,* 1:12-cv-01126-LJO-SKO
22   (20)  *Gray v. City of Fresno, et al.,* 1:12-cv-01128-LJO-SKO
23   (21)  *Butler v. City of Fresno*, *et al.*, 1:12-cv-01130-LJO-SKO
24   (22)  *Lowe v. City of Fresno*, *et al.*, 1:12-cv-01132-LJO-SKO
25   (23)  *Brown v. City of Fresno*, *et al.,* 1:12-cv-01133-LJO-SKO
26   (24)  *Picazo v. City of Fresno, et al.,* 1:12-cv-01134-LJO-SKO
27   (25)  *Collins v. City of Fresno, et al.*, 1:12-cv-01136-LJO-SKO
28   (26)  *Galvan v. City of Fresno, et al*., 1:12-cv-01137-LJO-SKO

1    (27)    *Gilliam v. City of Fresno, et al.*, 1:12-cv-01138-LJO-SKO

2    (28)    *Sims v. City of Fresno, et al.*, 1:12-cv-01139-LJO-SKO

3    (29)    *Hernandez v. City of Fresno, et al.*, 1:12-cv-01161-LJO-SKO

4    (30)    *Santa Rosa et al. v. City of Fresno, et al.*, 1:12-cv-01162-LJO-SKO

5    (31)    *Hicks v. City of Fresno, et al.,* 1:12-cv-01166-LJO-SKO;

6    (32)    *Hackett v. City of Fresno, et al.*, 1:12-cv-01215-LJO-SKO

*Sanchez v. City of Fresno*, *et al.,* Case No. 1:12-cv-00428-LJO-SKO, shall be designated as the "lead" case, and the remaining consolidated cases shall be administratively closed.

Accordingly, IT IS HEREBY ORDERED that all cases related to Case No. 1:12-cv-00428-LJO-SKO, as identified above, shall be consolidated for all pretrial purposes.

IT IS SO ORDERED.

**Dated:    August 24, 2012**              /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE

3